## 11TH COURT OF APPEALS

### EASTLAND, TEXAS

### JUDGMENT

In the matter of the Estate of Troy F. Chaffin, deceased,

\* From the County Court at Law of Ector County, Trial Court No. 19,309-08.

No. 11-11-00227-CV

\* March 21, 2013

\* Memorandum Opinion by Wright, C.J. (Panel consists of: Wright, C.J., McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed and the cause is remanded for a new trial. The costs incurred by reason of this appeal are taxed against A.M. Nunley III.